# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| K.R., A Minor, By N.R., Guardian | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| VISIONQUEST NATIONAL, LTD. | : | NO. 17-4689 |

## ORDER

**NOW,** this 25th day of April, 2018, upon consideration of the Defendant, Visionquest National, Ltd.'s Motion to Dismiss Plaintiff's Complaint (Document No. 8) and the plaintiff's response, it is **ORDERED** that the motion is **DENIED.**

                                                /s/ Timothy J. Savage
                                                TIMOTHY J. SAVAGE, J.